UNION COUNTY TRUST COMPANY, Appellant, *v.* ALFRED S. BROWN, Respondent.

(Argued October 16, 1935; decided November 19, 1935.)

*A. S. Cutter, Daniel J. McMahon* and *Norman Roth* for appellant.

*Alfred S. Brown*, in person, and *Franklin W. Morrell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.